# Court of Appeals
# of the State of Georgia

ATLANTA,__November 01, 2023__

*The Court of Appeals hereby passes the following order:*

**A24A0393. JANICE CHANG v. GEEC INVESTMENT, LLC et al.**

Plaintiff Janice Chang filed this action involving a real property transfer against Geec Investment, LLC and Gee Chang ("defendants"). In May 2023, the trial court granted defendants' motion to dismiss, finding that each of plaintiff's allegations failed as a matter of law. On August 15, 2023, the trial court awarded defendants $68,790.82 in attorney fees and expenses under OCGA § 9-15-14 (a) and (b). From that order, plaintiff filed this direct appeal, and defendants filed a motion to dismiss. For the following reason, this Court lacks jurisdiction.

Appeals of attorney fees awards under OCGA § 9-15-14 must be made by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (10); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). Here, plaintiff's failure to comply with the discretionary appeal procedure in seeking review of the OCGA § 9-15-14 award deprives us of jurisdiction.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/01/2023__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*